# United States Bankruptcy Court
# Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367−6603**

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Daniel Fumbarg
**SSN:** xxx−xx−8263
**EIN:** N/A

6642 Woodlake Ave
West Hills, CA 91307

**BANKRUPTCY NO.** 1:16−bk−12368−MT
**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: September 28, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**14 / JCI**